**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 97-1384**

───────────

LEROY BLOUNT,

Plaintiff - Appellant,

versus

NATIONAL CARD CONTROL, INCORPORATED,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Robert R. Merhige, Jr., Senior
District Judge.  (CA-96-746-3)

───────────

Submitted:  July 22, 1998          Decided:  July 31, 1998

───────────

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

LeRoy Blount, Appellant Pro Se.  Charles Michael DeCamps, SANDS,
ANDERSON, MARKS & MILLER, Richmond, Virginia; Mary A. Gambardella,
EPSTEIN, BECKER & GREEN, Stamford, Connecticut, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leroy Blount appeals from the district court's order dismissing his employment discrimination action based on a jury verdict. The proper standard for review of a jury verdict is stated in Price v. City of Charlotte, 93 F.3d 1241 (4th Cir. 1996). "Recognizing that we may not substitute our judgment for that of the jury or make credibility determinations, if there is evidence on which a reasonable jury may return verdicts in favor of Appellees, we must affirm." Id. at 1249-50 (citations omitted). There is ample evidentiary basis to support the jury's verdict that the decisions by the Defendant, National Card Control, Inc., not to promote Blount and to subsequently terminate him was not the result of racial discrimination or retaliation.

Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED